IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUDI GONZALEZ, | : | |
| Petitioner, | : | |
| | : | 1:14-cv-2164 |
| v. | : | |
| | : | Hon. John E. Jones III |
| JUAN BALTAZAR, | : | |
| Respondent. | : | |

## ORDER

**January 9, 2015**

**NOW, THEREFORE**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.    The petition for writ of habeas corpus, (Doc. 1), is

**DISMISSED**.

2.    The Clerk of Court is directed to **CLOSE** this case.


s/ John E. Jones III
John E. Jones III
United States District Judge